THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
      Federal Building Suite 7516
      300 North Los Angeles Street
      Los Angeles, California
      Tel. 213 894-6117
      FAX:  213 894-7819
      Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALICE CUNNINGHAM, | )   EDCV 07-1212 MAN |
|     Plaintiff, | ) |
|     v. | )   **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
|     Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation for Remand") lodged concurrent with the lodging of the within

Judgment of Remand,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for

further proceedings consistent with the Stipulation for Remand.

DATED: January 10, 2008

                           /s/
                MARGARET A. NAGLE
                UNITED STATES MAGISTRATE JUDGE